# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2014

148486

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148486
COA: 318666
Calhoun CC: 2007-001511-FC

STEVEN GILLIARD,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 20, 2013 order of the Court of Appeals is considered. We DIRECT the Calhoun County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

p0421